UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-63 (ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO DISMISS** |
| | ) | |
| INGRED MAGNUSON HAGBERG | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, by and through its attorneys, Daniel Rosen, United States Attorney for the District of Minnesota, and Kristian Weir, Assistant United States Attorney, hereby moves the Court for an order dismissing the complaint against the above-named defendant without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 23, 2026

Respectfully Submitted,

DANIEL ROSEN
United States Attorney

*s/ Kristian Weir*
BY: Kristian Weir
Assistant U.S. Attorney