**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

               Plaintiff,

v.

Ingred Magnuson Hagberg,

               Defendant.

Case. No. 26-mj-63 (ECW)


**ORDER**


On March 23, 2026, the Government filed a Motion to Dismiss [Docket No. 9] pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Based upon review of the files, **IT IS HEREBY ORDERED** that:

1. The Government's Motion to Dismiss [Docket No. 9] is **GRANTED**.


Dated: March 24, 2026

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge